UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONALD LEE FEREBE,

                              Petitioner,                      24 **CIVIL** 5931 (JPO)

      -against-                                                  **JUDGMENT**

WARDEN JAMISON,

                              Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 5, 2025, Ferebe's petition for a writ of habeas corpus is denied; accordingly, this case is closed.

**DATED:** New York, New York
             May 6, 2025

                                                          **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                      **BY:**

                                                          **Deputy Clerk**